■ KATHERINE PARSONS, Respondent, v HYTECH TOOL & DIE, INC., Appellant. [643 NYS2d 441] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court did not abuse its discretion in granting plaintiff's motion for a protective order preventing defendant's expert from conducting a neuropsychological examination of plaintiff. Plaintiff demonstrated, as a matter of law, that defendant's expert was objectionable (*see,* 22 NYCRR 202.17 [a]; *Hagmeier v Consolidated Rail Corp.,* 154 AD2d 893; *Casali v Phillips,* 145 AD2d 941, 942; *Rosenblitt v Rosenblitt,* 107 AD2d 292, 295; *cf., Turnbull v Moulton,* 72 Misc 2d 293, 295). The court abused its discretion, however, in denying defendant the opportunity to have a different expert conduct a neuropsychological examination of plaintiff. Thus, we modify the order accordingly. (Ap-

peal from Order of Supreme Court, Erie County, Whelan, J.—Protective Order.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.